IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Gramercy Insurance Company,

                Plaintiff,        Case No. 1:18-cv-00304

v.                                  Michael L. Brown
                                  United States District Judge

Contractor's Bonding, Ltd.,

                Defendant.

_____/

## ORDER

On February 23, 2018, the Court issued the parties' Agreed Order Granting Motion to Compel Arbitration and Stay Proceedings (Dkt. 28). The Court ordered that Plaintiff "must pursue its claims in this case through arbitration as set forth in the arbitration provisions of the Reinsurance Agreement," and stayed this case "pending completion of arbitration proceedings pursuant to the Reinsurance Agreement." Dkt. 28 at 1. In light of the stay, the Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case pending arbitration

proceedings.[1]  The parties shall promptly move to lift the stay and reopen this case if arbitration proceedings fail.

**IT IS SO ORDERED**.

Dated: July 3, 2018
Atlanta, Georgia

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner.  The parties may move to re-open an administratively closed case at any time.